SPILA, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. De-

cember 30, 1912.) Action by Tomassina Spila, as administratrix, etc., of John Spila, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Spila v. New York Cent. & H. R. R. Co., 147 App. Div. 666, 132 N. Y. Supp. 151. See, also, 149 App. Div. 961, 134 N. Y. Supp. 1147.

WOODWARD, J., votes for reversal.